# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY PSYCHOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Case No. 1:17-mc-00025-SAB <br><br> ORDER REQUIRING CITY PSYCHOLOGY TO NOTICE AND SERVE MOTION TO QUASH ON DEFENDANT UNITED STATES DEPARTMENT OF HOMELAND SECURITY <br><br> FIVE DAY DEADLINE |

On April 19, 2017, City Psychology, Inc. filed a motion to quash a subpoena issued by the United States Department of Homeland Security. Upon review of the motion, the Court finds that it is deficient. While Plaintiff included in the docket text the date for a hearing set before retired Magistrate Judge Sandra Snyder, there is no notice of motion setting the hearing and the motion needs to be set before the undersigned. Further, there is no proof of service on the United States Department of Homeland Security. Plaintiff shall be required to set a noticed hearing on the motion to quash before the undersigned and serve the motion and notice on Defendant.

Accordingly, IT IS HEREBY ORDERED that City Psychology shall notice the motion to quash, serve the United States Department of Homeland Security with copies of the notice and motion, and file a proof of service within five days from the entry of this order.

IT IS SO ORDERED.

Dated: **April 20, 2017**

UNITED STATES MAGISTRATE JUDGE

1